IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUBROVICH,

    Plaintiff,

v.

LEGAL RECOVERY LAW OFFICES, ET AL.,

    Defendants.

No. C 12-4379 CRB

**ORDER TO SHOW CAUSE**

Plaintiff John Joseph Dubrovich filed a motion to strike Defendants' affirmative defenses on October 19, 2012. See Mot. (dkt. 6). Pursuant to Civil Local Rule 7-3, Defendants' opposition brief was due not more than fourteen days thereafter. Defendants have failed to file a timely opposition brief. Accordingly, Defendants are ORDERED to show cause by 5:00 PM on **Tuesday, November 20, 2012** why Plaintiff's motion should not be granted.

**IT IS SO ORDERED.**

Dated: November 15, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

\\Candsf\data\Users\CRBALL\2012\4379\osc.wpd