# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOHN JOSEPH DUBROVICH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LEGAL RECOVERY LAW OFFICES, INC., a California corporation; and JUDSON H. PRICE, individually and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. 3:12-CV-04379-CRB<br><br>**ORDER GRANTING MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>[Fed. R. Civ. P. 12(f)]<br><br>Hearing Date:　　　December 7, 2012<br>Hearing Time:　　　10:00 a.m.<br>Hearing Judge:　　　Charles R. Breyer<br>Hearing Courtroom:　6, 17th Floor<br>Hearing Location:　　450 Golden Gate Avenue<br>　　　　　　　　　　San Francisco, California |

THIS MATTER comes before the Court on Plaintiff's Motion to Strike Affirmative Defenses (Doc. 6).

WHEREUPON the Court, being fully advised in the premises and upon all the files, records and proceedings herein, IT IS HEREBY ORDERED:

　　　1.　That Plaintiff's Motion to Strike Affirmative Defenses (Doc. 6) is GRANTED with leave to amend.

IT IS SO ORDERED.

Dated:　November 21, 2012

_IT IS SO ORDERED_
_Judge Charles R. Breyer_

- 1 -
ORDER GRANTING MOTION TO STRIKE AFFIRMATIVE DEFENSES
Case No. 3:12-CV-04379-CRB