United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   JOHN JOSEPH DUBROVICH,                      No. C 12-04379 CRB

12              Plaintiff,                       **ORDER OF DISMISSAL**

13       v.

14   LEGAL RECOVERY LAW OFFICES, INC.,
     et al.,
15

16              Defendants.
                                            /

17
           The parties hereto, by their counsel, having advised the Court that they have agreed to a
18
     settlement of this case,
19
           IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,
20
     however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of
21
     service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has
22
     not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be
23
     restored to the calendar to be set for trial.
24

25

     Dated: November 21, 2012
26
                                            _____
                                            CHARLES  R. BREYER
27                                          UNITED STATES DISTRICT JUDGE

28